UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

CHARLES LINDY HAMMONDS                          CIVIL ACTION

VERSUS                                          NO. 26-00961

ACADIAN AMBULANCE, ET AL.                       SECTION "T"(1)

## ORDER

The Court, having considered the Complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, R. Doc. 9, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that the federal civil rights claims of Charles Lindy Hammonds, III, against the Houma Police Department and Acadian Ambulance are **DISMISSED WITH PREJUDICE.**

**IT IS FURTHER ORDERED** that any state law claims are **DISMISSED WITHOUT PREJUDICE** because the Court declines to exercise supplemental jurisdiction over these claims.

New Orleans, Louisiana, this 10th day of August, 2026.

_____
**UNITED STATES DISTRICT JUDGE**